# United States District Court Violation Notice

CVB Location Code: E9-60

Violation Number: 6667284
Officer Name (Print): Gerdes
Officer No.: 107

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/4/2016 1720
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32(a)(4)

Place of Offense: Riis Park Bay #1

Offense Description: Factual Basis for Charge: Interfering w/ Agency Function
HAZMAT ☐

## DEFENDANT INFORMATION

Last Name: George
First Name: Krys
M.I.:

Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Refusal

(Rev. 09/2015)     Original - CVB Copy

CVB SCAN SEP 01, 2016 09:15

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 04, 2016 while exercising my duties as a law enforcement officer in the Eastern District of New York

At approx 1720 hrs I observed a male, identified as Mr. Krys George, standing naked by the fence on the north side of Bay #1 on Riis Beach. I approached the male and asked him to cover up and he told me no. He was again asked to cover up and told me no again. He was told a third time and again told me no. George was then asked to walk over to an area where other men were stopped for other offenses, he told me no. He was told to move and again told me no. He was then moved by myself. George was advised that he was under arrest and to put his hands behind his back and said no. He was told to put hands behind back and again said no. George was put on the sand and was hand cuffed. George then refused to walk to the transport car and ended up having to be carried.

The foregoing statement is based upon:
☒ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2016     [signature]
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN SEP 01, 2016 09:15

## United States District Court Violation Notice

CVB Location Code: E4-60

Violation Number: 6667286
Officer Name (Print): Gerdes
Officer No.: 107

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/04/2016 1720
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32(a)(a)

Place of Offense: Riis Park Bay #1

Offense Description: Factual Basis for Charge: Disobey Lawful Order

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: George
First Name: Krys
M.I.:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: Refused

(Rev. 09/2015) Original - CVB Copy

CVB SCAN SEP 01, 2016 09:15

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 04, 2016 while exercising my duties as a law enforcement officer in the Eastern District of New York

At approx 1740 hrs I observed a male, identified as Mr. Krys George, walked on Bay #1 on Riis Beach. After being asked a time to cover up and he said no 2 times, he was then told to cover up and began saying NC. George was then told to walk to another part of the beach and stated NC. George was asked to move back to Bay-Tent. George was advised that he was being placed under arrest and ask to put his hands behind his back and said NO. He was then told to place his hands behind his back and again said NC. George was asked to walk to the transport vehicle where he stated NC. George was told to walk to the vehicle and he stated NC. George was subsequently carried to the vehicle.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2016 [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN SEP 01, 2016 09:15

# United States District Court Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | E4-60 |
| Violation Number | 6667287 |
| Officer Name (Print) | Bertes |
| Officer No. | 107 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged (CFR) |
|---|---|
| 07/04/2016 1720 | 36 CFR 2.34(a)(2) |

Place of Offense: Riis Park Bay #1

Offense Description: Factual Basis for Charge: DISORDERLY CONDUCT

## DEFENDANT INFORMATION

Last Name: George
First Name: Krys

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

X Defendant Signature: Refused

(Rev. 09/2015) Original - CVB Copy

CVB SCAN SEP 01, 2016 09:15

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 04, 2016 while exercising my duties as a law enforcement officer in the Eastern District of New York at approx 1740 hrs I observed a male, identified as Mr Krys George, naked on Bay #1 on Riis Beach. When I approached George and asked him to cover up and it become loud, unusual, and verbally abusive in a public place where public can see. When George was told to move to another part of the beach he said no and when I attempted to pen him he attempting to move his arms to get away and was put into a bear hug and escorted across. While he was walking he was shouting to cause a scene, unusual and creating a public nuisance.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2016 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident